ALL STATE LUMBER COMPANY, Plaintiff-Appellee, *v.* EDWARD DELGADO, Defendant-Appellant.

(No 59939; <span style="background:black"></span>

First District (1st Division)—August 19, 1974.

Elaine K. Hyman, of DePaul Law Clinic, of Chicago, for appellant.

No brief for appellee.